John J. Talton, Chapter 13 Trustee                    Check No. 836194
Pay to: CLERK  Clerk of the Court
    Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| | | | | NOTICE TO DEPOSIT FUNDS | | | |
| 06-90211 | 021-0 | CLARENCE NELSON | 4700 | 1,841.78 | 171.15 | 0.00 | 171.15 |
| | | Original Check written to: | | | | | |
| | | ECAST SETTLEMENT | | | | | |
| | | P O BOX 7247-6971 | | | | | |
| | | PHILADELPHIA, PA  19170-6971 | | | | | |